B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re   JG Orbis Corporation                     ,          Case No.   10-31089
                    Debtor

                                                              Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| USBank Office Equip. Finance Services P O Box 790448 St. Louis, MO 63179 | | | | 1,385.52 |
| Nick's Custom Golf Cars 3190 Park Road Benicia, CA 94510 | | | | 1,435.94 |
| Redwood Empire Disposal Sonoma County P O Box 14609 Santa Rosa, CA 95402 | | | | 1,456.88 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver. 4.5.3-748 - 33025

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Springer Golf Ball Company<br>12505 Reed Road #200<br>Sugar Land, TX 77478 | | | | 1,588.73 |
| Seiler LLP<br>220 Montgomery Street, Suite300<br>San Francisco, CA 94104 | | | | 1,620.00 |
| Crane Pest Control<br>2700 Geary Boulevard<br>San Francisco, CA 94118 | | | | 1,691.88 |
| Farmer Brothers Coffee<br>P O Box 79705<br>City of Industry, CA 91716 | | | | 1,876.54 |
| BiRite Foodservice Distr.<br>123 South Hill Drive<br>Brisbane, CA 94005 | | | | 2,097.33 |
| Aramark Uniform Services<br>P O Box 5826<br>Concord, CA 94524 | | | | 2,164.00 |
| VGM Financial Services<br>P O Box 78523<br>Milwaukee, WI 53278 | | | | 2,177.83 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 33025

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| TaylorMade Golf Company, Inc. File 56431 Los Angeles, CA 90074 | | | | 2,278.98 |
| Cleveland Golf P O Box 7270 Newport Beach, CA 92658 | | | | 2,395.89 |
| Integrated Business Systems 12201 Gayton Road #100 Richmond, VA 23238 | | | | 3,295.20 |
| Sysco Food Services P O Box 5019 Fremont, CA 94537 | | | | 3,487.76 |
| PG&E Box 997300 Scramento, CA 95899 | | | | 4,446.16 |
| Reed Equipment Company P O Box 6279 Stockton, CA 95206 | | | | 5,269.35 |
| Nike USA, Inc. P O Box 847648 Dallas, TX 75284 | | | | 10,660.41 |
| G E Capital P O Box 31001 Pasadena, CA 91110 | | | | 10,879.84 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 33025

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SGS Productions<br>979 Golf Course Drive #146<br>Rohnert Park CA 94928 | | | | $700.00 |
| OSH Commercial Services<br>P.O. Box 659445<br>San Antonio TX 78265 | | | | $775.01 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  March 29, 2010

Signature  _____
JACK D. ROSE,
Sole Director and Chairman